1 | BENJAMIN B. WAGNER
United States Attorney
2 | JILL THOMAS
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone (916) 554-2781

**FILED**

OCT 2 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: 2105 Golden Gate Dr.   )   Case No. 10-SW-457 DAD
       Plumas Lake, CA        )
                              )   ORDER TO UNSEAL SEARCH WARRANT
_____)

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Search Warrant, Search Warrant Application and the Affidavit in the above referenced case, 10-SW-457 DAD, is hereby ordered **UNSEALED**.

DATED: 10/20/10

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1